Adam P Thursby, Esq. (SBN 318465)
Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.,
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottilaw.com

Attorney for Movant
Bosco Credit, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In Re: | ) | CASE NO.: 18-42125 |
|---|---|---|
| JOSE A LOZA | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | RS No.: MRG-100 |
| | ) | |
| | ) | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | ) | |
| | ) | Date: November 9, 2018 |
| | ) | Time: 10:00 a.m. |
| | ) | Ctrm: 215 |
| | ) | Place: U.S. Bankruptcy Court |
| | ) | 1300 Clay Street |
| | ) | Oakland, CA 94612 |
| | ) | |
| | ) | Judge: Charles Novack |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

Bosco Credit, LLC, its successors and/or assignees, ("Movant"), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. §362 as to moving party so that moving party may proceed with an unlawful detainer action as well as exercise its rights and remedies under applicable law with respect to the Property, commonly known as 335 Burbank Road, Antioch, CA 94124, ("Property" herein).

As stated in the attached Declaration, the Debtor is no longer the legal owner of the property. Movant is the legal owner pursuant to a Trustee's Deed Upon Sale recorded on February 5 2018 as document number 20189001808200003 in the official records of the Contra Costa County Clerk-Recorder's Office

Based on the foregoing, Movant alleges that it is unfairly delayed from proceeding with an unlawful detainer action. Accordingly, relief from the automatic stay should be granted to Movant pursuant to 11 U.S.C. §362(d)(1) and (2).

Movant is entitled to relief under 11 U.S.C. §362(d)(1) and (2).

WHEREFORE, Movant prays for judgment as follows:

1. For an Order granting relief form the automatic stay, permitting Movant to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Movant's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herin.
5. For such other relief as the Court deems proper.

Dated: September 20, 2018      LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Adam Thursby
Adam P. Thursby, Esq.
Bosco Credit, LLC