1  Adam P Thursby, Esq. (SBN 318465)
2  Kristin A. Zilberstein, Esq. (SBN: 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)   The following constitutes the order of the Court.
3  LAW OFFICES OF MICHELLE GHIDOTTI       Signed: November 14, 2018
   1920 Old Tustin Ave.,
4  Santa Ana, CA 92705
5  Ph: (949) 427-2010
   Fax: (949) 427-2732                    _____
6  athursby@ghidottilaw.com               Charles Novack
                                          U.S. Bankruptcy Judge
7  Attorney for Movant
   Bosco Credit, LLC
8

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:                          )   CASE NO.: 18-42125
JOSE A LOZA                     )
                                )   CHAPTER 13
    Debtor.                     )
                                )   RS No.: MRG-100
                                )
                                )   **ORDER ON MOTION FOR
                                )   RELIEF FROM THE
                                )   AUTOMATIC STAY**
                                )
                                )   Date:  11/09/2018
                                )   Time:  10:00AM
                                )   Ctrm:  215
                                )   Place: U.S. Bankruptcy Court
                                )          1300 Clay Street
                                )          Oakland, CA 94612
                                )
                                )   Judge: Charles Novack
                                )
                                )
                                )
                                )

The motion of Bosco Credit, LLC, its successors and/or assignees, relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Charles Novack. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and abased on the evidence presented, the Court fules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Bosco Credit, LLC, its successors and/or assignees, in the real property commonly known as 335 Burbank Road, Antioch, CA 94124.

IT IS FURTHER ORDERED that Bosco Credit, LLC, its successors and/or assignees, may proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that Bosco Credit, LLC, its successors and/or assignees shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

None